**Ines LETICA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 99192.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 29, 2013.

G. Michael Archer, St. Louis, MO, for appellant.

Chris Koster, Timothy A. Blackwell, Jefferson City, MO, for respondent.

Before: LISA VAN AMBURG, P.J., PATRICIA L. COHEN, J., and GARY M. GAERTNER, JR., J.

## ORDER

PER CURIAM.

Ines Letica (Movant) appeals the denial of his motion for post-conviction relief under Mo. R.Crim. P. 29.15 (2013). We have reviewed the briefs of the parties and the record on appeal, and we conclude an extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2013).